UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-cr-00027-SEB-VTW |
| | ) | |
| RICKEY LYNN SMITH, JR., | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Van T Willis's Report and Recommendation that

Rickey Lynn Smith, Jr.'s supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and

Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now

approves and adopts the Report and Recommendation as the entry of the Court, and orders a

sentence imposed of imprisonment of eighteen (18) months in the custody of the Attorney

General or his designee, with thirty-six (36) months of supervised release to follow.  In addition

to the mandatory conditions of supervision, the conditions of supervised release outlined in the

Magistrate Judge's Report and Recommendation will be imposed.

**SO ORDERED.**

Date: _____12/17/2024_____

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO